UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

* * MAILING CERTIFICATE OF CLERK * *

Re: 4:06CR00072-03 WRW

True and correct copies of document # 20 along with a copy of the NEF were mailed by the clerk to the following on February 23, 2006:

Alan L. Weisberg
Weisberg and Kainen
1401 Brickell Avenue
Suite 800
Miami, FL 33131-3504