| | | | |
|---|---|---|---|
|  | "York, Gail \(USAARE\)" <Gail.York@usdoj.gov><br>03/23/2006 11:35 AM | To | <clerksoffice@ared.uscourts.gov> |
| | | cc | |
| | | bcc | |
| | | Subject | Substitute pleadings |

Re:   United States v. Cavalcante, Clinton, Castro and Richmond
4:06CR00072 WRW - substitute pleadings # 53, 54, and 55
Due to error in signature block

<<Calvante Restitution mem.pdf>> <<Castro -Richmond Restitution Memorandum.pdf>> <<Clinton Restitution Memorandum.pdf>>

I emailed substitute pleadings yesterday but they were not in pdf format.  I am sorry for the confusion.  I did not understand that you needed the pdf version.

Any further problems please call me.

Gail York
340-2655

    
Calvante Restitution mem.pdf   Castro -Richmond Restitution Memorandum.pdf   Clinton Restitution Memorandum.pdf