

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 10 2006

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 04-CR-00175-WRW |
| Plaintiff ) | |
| ) | 4:06 CR00072-03 WRW |
| v. ) | |
| ) | |
| MARCOS CAVALCANTE, ) | |
| Defendant ) | |

## MOTION TO ADOPT

Defendant Marcos Cavalcante, through counsel, hereby files this his Motion to Adopt and in furtherance thereof states:

1. Defendant Scott Levine, a co-defendant in this matter, recently filed a pleading styled Reply of Scott Levine to Government's Request for Restitution Pursuant to Order the Court dated March 12, 2006.

2. Defendant Cavalcante respectfully requests that this court enter an order permitting him to adopt said reply of Scott Levine.

3. Adoption of that pleading will obviate the necessity of filing a lengthy pleading.

WEISBERG & KAINEN, ATTORNEYS AT LAW, 1401 BRICKELL AVENUE, SUITE 800, MIAMI, FLORIDA 33131-3504 • TEL. (305) 374-5544

4.  The issues as to Cavalcante are similar as to the issues of Levine as it pertains to the issue of restitution.

> Respectfully submitted,
>
> Weisberg and Kainen
> 1401 Brickell Avenue, Suite 800
> Miami, Florida 33131
> Phone: (305) 374-5544
> Facsimile No: (305) 358-8565
>
> _____
> Alan L. Weisberg
> Florida Bar No: 166970
> Attorney for Defendant Cavalcante

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this 4th day of April, 2006 via U.S. mail to Assistant United States Attorneys George Vena, Todd Newton and Karen Coleman, PO Box 1229, Little Rock, AR 72203.

_____
Alan L. Weisberg

Motion to Adopt 4-4-06